N/S/I

FILED

Name: Jessica Martinez

Address: 1211 W 64 th St

LA CA 90044

Phone: (626) 489 9916

Fax: _____

In Pro Per Jessica Martinez

2024 JAN -8 AM 11: 54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____EEE_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jessica Martinez

Plaintiff

v.

JCKX Property Investment LLC

Defendant(s).

CASE NUMBER:

2:24-CV-00164-ODW-SKx

To be supplied by the Clerk of
The United States District Court

American with
Disabilities - Other

Jessica Martinez and Her Family Move to 1211 W 64th St Los Angeles California 90044 but IS Sooner She Signed the Lease with the Landlord Starter to

CV-126 (09/09)            PLEADING PAGE FOR A COMPLAINT

treat Jessica Martinez
and her Family In a
direspecFull Way Jessica
IS a Human Right DeFender
and he told Her that
He going to Make Sure
that all the neigbors
been he's witness on
her craziners and all
the tenants Starter
Harassent Her and Abuse
In the Differents Ways
Like Neigbors OPen Her
Door and Allowed Other
Jessica Family In Law get
Inside Of Jessica Residence
even to the Los Angeles

Police Department the
Pets control man enter
When no one was in
Home is 3 more units
On the back of the
Property and one more
Next to Jessica Residence
a couple who use to Live
On one of the Property
use to bring one of the
Jessica Daughter Dana and
they use to Hurt her
yer to torture Jessica
mental an Emotional and
the other Daughter Gisselle
was to Recrute for the
US Navy before her turn
18 and on the other unit

diferents People with the US Navy Licence plates come and they torture victims in they Do that Because Jessica is a Victim of Human Traffiking, coersing, torture, Fraud 2 enforced disaperances, And One Female Who IS the One who Residing on the unit also, around Two weeks ago she come outside and Insulted me and my son come and Ask her to Stop sho told me to go back Where YOU coming From I insulted hor back and she call hor people and Aroun 7 Cars come and bloke the entrance And Around 12 to 15 Afro-American persons come and they try to intimidate me and was Males and Females

and the other Unit tenant
she Hit My Car and run-away
She always enter Fast and
Hit my wall a Multiple times
the LandLord try to intimidating
Me with LAPD, FbI and with
Inmigration, I have Evidence but
For the high Risk OF be come
a Homeless and MY LiFe is
On danger I going to Add the
Evidence Later the lady Who
Live Next to me in the From
She Use My Adress to all her
Mail, her daugther is the one
Open the door For My Partner
Sister they Send. the Litle Kids
to Make a LoT Noise to

Make My Pets anoying
they Also bring People
to intimidate my Family
they Always Wait For us
outside When we go out to
do our errans I don't have
Place Now I Requested the
Lawyer to Give me some time
but he insulted me I Forgot
to Mention the Couple Who
moved already the Extortion my
Son's and I have Concerns
tha they are the ones
to Kill My Puppies

I'm disable I Asked the
Lawyer alReady I need a
Ramp to bring my Wheelchair
Inside but the landlor
Ignoring Now Someone
Put glue on the Charger
and Cut my Wheelchair
Cable and I) Not working

thank You

Jessica muchos    1/8/24