UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-00164-ODW-SK | Date | March 12, 2024 |
|---|---|---|---|
| Title | *Jessica Martinez v. JCKY Property Investment, LLC* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).

On January 25, 2024, the Court postponed ruling on Plaintiff's request to proceed *in forma pauperis* ("Request") because it was incomplete. (ECF Nos. 2, 8.) The Court directed Plaintiff to either: (1) refile a fully completed Request and a one-page statemen; or (2) pay the full filing fee. (ECF No. 8.) The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. *(Id.)*

To date, Plaintiff has not responded to the Court's order. Accordingly, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

|   | : | 00 |
|---|---|---|
|   | Initials of Preparer | SE |